**STATE of Missouri, Respondent,**

v.

**Dorothy NEVELS, Appellant.**

**No. 61684.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 2, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 24, 1993.

---

Henry W. Cummings, St. Charles, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Pursuant to a plea bargain, Defendant pled guilty to delivery of cocaine, a class B felony. Subsequently, she filed a timely motion to withdraw her guilty plea pursuant to Rule 29.07(d). She appeals from the trial court's denial of that motion. We affirm per Rule 30.25(b). An opinion would have no precedential value. The parties have been furnished a memorandum for their information only.